THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELWOOD R. RIGBY, Defendant, and CONTINENTAL CASUALTY COMPANY, Appellant.

Submitted January 15, 1945; decided February 21, 1945.

Motion by appellant for reargument denied. [See 293 N. Y. 912.]